

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2014

No. 04-13-00064-CR

Donald **AEKINS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 403rd District Court, Travis County, Texas
Trial Court No. D-1-DC-12-904056
Brenda Kennedy, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Patricia O. Alvarez, Justice

The panel has voted to GRANT in part and DENY in part appellant's motion for extension of time. Appellant's Motion for En Banc reconsideration is due no later than May 12, 2014. No further extensions of time will be granted.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court